RECEIVED
FEB 24 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MIKE M. SMITH, *et al.* | CIVIL ACTION NO. 1:16-CV-00811 |
| VERSUS | CHIEF JUDGE DRELL |
| SUTHERLAND BUILDING MATERIAL CENTERS L.P., *et al.* | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs' motion to remand (Doc. 9) is GRANTED, and this case is REMANDED to the Louisiana Ninth Judicial District Court.

IT IS FURTHER ORDERED that Plaintiffs' motion for attorney fees and costs (Doc. 9) is DENIED.

IT IS FURTHER ORDERED that Defendants' motion to dismiss and alternative motion for more definite statement (Doc. 2) are DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 24th day of February, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT